IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RALPH WESTERFIELD,**

      **Plaintiff,**

v.                                                                    **No. CIV-13-0873 LAM**

**CAROLYN W. COLVIN, Acting Commissioner**
of the Social Security Administration,

      **Defendant.**

# FINAL ORDER

      **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Remand (Doc. 27)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

      **IT IS SO ORDERED.**

*Lourdes A. Martinez*
**THE HONORABLE LOURDES A. MARTINEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**